No. 94–8632. MICHAEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8633. NOTTINGHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8636. MCDILE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8639. LOVETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8640. BALLEW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8641. CARR v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–8643. BEADLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8645. WALTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8648. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8652. MCREYNOLDS v. COMMISSIONER, OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 94–8653. LUNDY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8660. HAMMONDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–8668. CAMPBELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8669. HOGG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8676. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8677. MOSELEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.